AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

DONALD BROWN,

      Plaintiff,　　　　　　　JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER: **3:09-CV-00629-RCJ-RAM**

HOWARD SKOLNIKE, et al.,

      Defendants.

___　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___　**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_　**Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** this action is **DISMISSED** without prejudice for failure to state a claim upon which relief can be granted.

  January 7, 2010　　　　　　　　　　　　　　　　　**LANCE S. WILSON**
                                                                Clerk

                                                                /s/ D. R. Morgan
                                                                Deputy Clerk